# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

600

TP 11-02389

PRESENT: SCUDDER, P.J., SMITH, CENTRA, LINDLEY, AND MARTOCHE, JJ.

---

IN THE MATTER OF MICAIAH ALLEN, PETITIONER,

V                                                                ORDER

HAROLD D. GRAHAM, SUPERINTENDENT, AUBURN
CORRECTIONAL FACILITY, RESPONDENT.

---

MICAIAH ALLEN, PETITIONER PRO SE.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (MARCUS J. MASTRACCO OF
COUNSEL), FOR RESPONDENT.

--------------------------------------------------------------------------------

Proceeding pursuant to CPLR article 78 (transferred to the
Appellate Division of the Supreme Court in the Fourth Judicial
Department by order of the Supreme Court, Cayuga County [Mark H.
Fandrich, A.J.], entered November 17, 2011) to review a determination
of respondent. The determination found after a Tier II hearing that
petitioner had violated various inmate rules.

It is hereby ORDERED that said proceeding is unanimously
dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d
996).

Entered:  June 8, 2012                           Frances E. Cafarell
                                                 Clerk of the Court